■ In the Matter of the Arbitration between JAKE GLATSTIAN, Appellant, and FREDIA E. PELLER, Respondent. JAKE GLATSTIAN, Appellant, v. HAROLD PELLER, Defendant, and FREDIA E. PELLER, Respondent.— Order entered on February 15, 1962 denying the motion to stay arbitration and granting the motion to stay the action, unanimously affirmed, with $20 costs and disbursements to respondent. The record reveals that the petitioner participated in the arbitration process to a degree sufficient to bar his present attempt to stay the proceeding. (See Civ. Prac. Act, § 1458; *Matter of Iino Shipbuilding Eng.*

*Co. [Hellenic Lines]*, 6 A D 2d 159.) We conclude that Item No. 1 of the demand for arbitration contemplates a determination of the status of Freida Peller as a stockholder. Inasmuch as that is essentially the issue to be tried in the Supreme court action, such action should be stayed. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. [33 Misc 2d ——.]